CHORPENNING, GOOD, CARLET & GARRISON, ESQS.
Michael J. Zaretsky, Esq. - MZ7098
Virginia T. Shea, Esq. -- VS8848
645 Fifth Avenue - Suite 703
New York, New York 10022
Telephone: (212) 869-2147
Facsimile:  (973) 777-0412
Attorneys for Defendant Oxford Health Plans, LLC (incorrectly sued as Oxford Health Plans, Inc.)

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        FILED
     JUL 20 2009
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

---

G.R.J.H. Inc.

   Plaintiff,

-against-

OXFORD HEALTH PLANS, INC.,
   Defendant.

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Civil Action No: 07-cv-00068(NAM)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

PLEASE TAKE NOTICE THAT Plaintiff, G.R.J.H., Inc., by its attorneys, Hacker & Murphy, LLP and Defendant, Oxford Health Plans, L.L.C. (incorrectly sued as Oxford health Plans, Inc.), by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(ii), hereby stipulate and agree that the this matter be and is hereby dismissed with prejudice and without costs to any party.

Dated: 6/24, 2009

HACKER & MURPHY, LLP
Attorneys for Plaintiff, G.R.J.H, Inc.

By: _____
JOHN F. HARWICK ESQ.
(JH 5253)

CHORPENNING, GOOD, CARLET
& GARRISON, ESQS.
Attorneys for Defendant, Oxford
Health Plans, L.L.C., (incorrectly
sued as Oxford Health Plans, Inc.)

By: _____
VIRGINIA T. SHEA, ESQ.

IT IS SO ORDERED.

_____
Norman A. Mordue
Chief Judge

Dated: July 20, 2009